**No. 10-8230. John Joseph Laffiteau, Petitioner v. Management and Legal Agents for Camelot Inn.**

563 U.S. 1003, 131 S. Ct. 2483, 179 L. Ed. 2d 1238, 2011 U.S. LEXIS 3544.

May 16, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1275, 131 S. Ct. 1609, 179 L. Ed. 2d 508, 2011 U.S. LEXIS 1934.